| | | |
|---|---|---|
| CAAP–14–00 00796 | State v. Sato | Reversed |

### December 24, 2015

| | | |
|---|---|---|
| CAAP–14–00 01046 | State v. Kendall | Reversed |

### December 28, 2015

| | | |
|---|---|---|
| CAAP–12–00 00805 | Cravatta v. Lane | Affirmed |
| CAAP–14–00 01117 | State v. Akahoshi | Affirmed |
| CAAP–13–00 01308 | State v. Fennelly | Vacated and Remanded |
| CAAP–14–00 00504 | State v. Halvorsen | Affirmed |
| CAAP–12–00 00872 | State v. Vandorn | Affirmed |

### December 30, 2015

| | | |
|---|---|---|
| CAAP–14–00 01023 | State v. McCaffery | Affirmed |
| CAAP–12–00 00692 | Sutidze v. Minichino | Affirmed |

### December 31, 2015

| | | |
|---|---|---|
| CAAP–15–00 00206 | State v. Liu | Affirmed |